PORTER G. DENISON, Respondent, *v.* WILLIAM F. TAYLOR, Appellant.

(Argued April 26, 1888; decided June 5, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 2, 1885, which reversed a judgment dismissing the complaint, and granted a new trial.

*R. A. Parmenter* for appellant.

*Edgar L. Fursman* for respondent.

Agree to affirm, and for judgment absolute against appellant on stipulation; no opinion.

All concur.

Order affirmed and judgment accordingly.